# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA }
}
v. } Case No. 2:21-cr-00283-KOB-SGC
}
TYRONE MALLORY }
Defendant }

## BENCH WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Tyrone Mallory, 90 Williams St, Sylacauga, AL 35150, and bring him or her forthwith to the nearest magistrate judge to answer an **ORAL Order of Court** by U. S. District Judge Karon O. Bowdre, charging him or her with willful failure to appear after having been duly notified of the setting of this case and being in default of his/her appearance bond to so appear.

In violation of 18 United States Code, Section 3146

SHARON N. HARRIS
Name of Issuing Officer

*/s/ K Clark*
Signature of Issuing Officer    By: Deputy Clerk

Clerk, United States District Court
Title of Issuing Officer

January 11, 2022 - Birmingham, Alabama
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/11/2022 | Shane Fisher | */s/ Shane Fisher* |
| DATE OF ARREST 9/29/2022 | Copy Copy Copy Copy | Copy Copy Copy Copy |